IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HECTOR CORTEZ, R66371, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 25-cv-244-DWD |
| ) | |
| BROOKHART, ) | |
| LT. LEARNER, ) | |
| JOHN DOE, ) | |
| M. RULOUBSUR, ) | |
| ) | |
| Defendants. ) | |

# ORDER

**DUGAN, District Judge:**

Plaintiff Hector Cortez, an inmate of the Illinois Department of Corrections (IDOC), brought this civil rights action pursuant to 42 U.S.C. § 1983 for alleged deprivations of his constitutional rights at Lawrence Correctional Center. After service of process was initiated in this case, Plaintiff moved to voluntarily dismiss the case. (Docs. 20, 21). Plaintiff recently reaffirmed his desire by a Motion for an Order (Doc. 26). Plaintiff is clear and unequivocal that he wishes to dismiss this matter. The motions came after waivers of service were executed, but before answers had been filed, and with on defendant still unserved. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a party may voluntarily dismiss a case without Court approval at any time before the opposing party services an answer. Defendants do not oppose this dismissal. (Doc. 22).

Plaintiff's Motions to Withdraw (Docs. 20, 21, 26) are **GRANTED**, and the Clerk of Court is **DIRECTED** to **CLOSE** this case. The pending Motion (Doc. 15) is **DENIED as MOOT**.

**IT IS SO ORDERED.**

Dated: September 29, 2025

*s/ David W. Dugan*
DAVID W. DUGAN
United States District Judge
